# Exhibit 11

U.S. Patent No. 7,339,490 – Infringement Claim Chart

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| [1pre] A modular sensor assembly for sensing a condition at a computer rack, comprising: | Evoque's data centers use a modular sensor assembly for sensing a condition at a computer rack.<br><br>For example, Evoque uses Vigilent's cooling optimization tools in all of its US data centers, which uses modular sensor assemblies for sensing conditions such as temperature at a computer rack.<br><br>EVOQUE Cyxtera   SOLUTIONS ˅   DATA CENTERS ˅<br><br>**MAKING CONNECTIONS WITH VIGILENT**<br><br>This year we have been busy working with BGIS and Vigilent to install their cooling optimization tools in all of our US data centers.<br><br>https://www.evoquedcs.com/blog/making-connections-with-vigilent |

Page 1

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
|  | **Improving Evoque's Energy Efficiency with Vigilent delivered by BGIS**<br><br>When Evoque began looking for a dynamic cooling solution that could help improve energy efficiency in its colocation data centers, we consulted with BGIS' GCET Professional Services and ultimately chose the Vigilent Dynamic Cooling Management System. Leveraging the latest innovations in Internet of Things (IoT) sensors and AI applications, Vigilent's integrated system consists of four interconnected components:<br><br>https://www.evoquedcs.com/blog/evoque-employs-ai-to-improve-data-center-efficiency |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
|  | **VIGILENT CONTINUOUSLY MATCHES COOLING OUTPUT TO HEAT LOAD**<br><br>Optimized airflow eliminates hot spots.<br><br>Vigilent continuously optimizes the airflow in your facility, delivering improved reliability and availability. The system automatically finds and eliminates hot spots, while its comprehensive reports and tools facilitate easier operations management.<br><br>Our system delivers the right amount of cooling exactly where it's needed. This typically results in up to a 40% reduction in carbon emissions and your cooling energy bill. We achieve that with sophisticated AI-based technology that learns your environment and adapts to change.<br><br>**40% reduction in cooling energy**<br><br>BEFORE Wasted Energy / AFTER Spare Capacity<br><br>https://www.vigilent.com/who-we-serve/by-facility/data-centers/ |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | <br>https://www.vigilent.com/products-and-services/dynamic-control/<br><br>Evoque also, or alternatively, uses Vertiv and Liebert cooling in its U.S. data centers to control atmospheric conditions. On information and belief, Evoque's Liebert cooling units are used in conjunction with Liebert's modular sensors, which are used to sense conditions such as temperature, humidity, and door-open status at a computer rack. |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
|  | **VERTIV**<br><br>"Innovation is key to Evoque's reputation for sustainable, efficient and reliable data centers that support critical customer applications and workloads as their needs continually evolve. Vertiv is proud to partner with Evoque on innovative infrastructures, offering its clients flexible options that are right for their customers and the environment, both today and into the future."<br><br>https://www.evoquedcs.com/data-centers/ |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | https://www.vertiv.com/en-us/products/brands/liebert/<br><br>https://www.youtube.com/watch?v=OmV1SFy5cEg at 1:43. |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | **LIEBERT® SN™ MODULAR SENSORS** — Quick Installation Guide  **VERTIV**  The Liebert SN modular sensors monitor temperature, humidity, door-open status, and digital input, such as smoke or water, in any area. These instructions apply to the following Liebert SN modular-sensor models: <br>• SN-T—1 temperature probe <br>• SN-TH—1 temperature probe and 1 humidity probe <br>• SN-2D—1 door-switch probe with 2 inputs <br>• SN-3C—1 digital-input probe with 3 inputs <br> Each modular sensor ships with a 6.6-ft (2-m) cable to connect with a Liebert monitoring product.  **SENSOR-STRING COMPATIBLE**  You can attach the sensors in a  *Liebert Sensors, Cable and Mount* |

Page 7

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | **2. Assemble the sensor and bracket** If using the supplied bracket and base: • Insert the support base into the end of the support. • Snap the sensor into the other end of the support. **3. Choose a mounting location** Keeping in mind that the temperature and humidity sensors require an unobstructed air flow, and that the sensor does not obstruct vents and impede air flow, select a mounting location. The installation parts needed for various mounting options are included with the sensor. You can install the sensor on rack rails, rack doors, and on a flat surface. **MOUNT THE SENSOR** Use the step appropriate to your chosen mounting method: **4. Mounting on a Knurr® Rack-frame or 19-in. Rail** Insert the quarter-turn, tool-less fastener a slot on the support or base, place the bracket on the frame or rail, and turn the fastener clockwise (1/4 turn) to secure the sensor in place. **5. Mounting on rack door** • On a Knurr rack (only), use the supplied screws through the slots on the support or use the quarter-turn fastener to secure the sensor to the door. • On all other racks (including Knurr), use cable ties to secure the sensor or support bracket to the door. **6. Mounting on a flat surface** Clean the mounting location with the supplied alcohol pad(s), then affix the sensor support to the surface using the supplied Dual Lock fasteners. **7. Mounting on a rack rail** This method requires a standard, pan-head rack screw, not supplied with the sensor. Use the pan-head rack screw through a slot on the sensor support or base to secure the sensor in place. **CONNECT THE SENSOR** The integrated cable connects to the SN Sensor port on your Liebert product. The Liebert SN sensor ports are RJ45 ports designated with the sensor-port icon. NOTE: *Only use the SN sensor port to connect Liebert SN sensors.* **CONFIGURE THE SENSOR** Using the sensor address recorded before installation, use the web user interface of your Liebert product to acknowledge the senor connection and configure parameters including labeling the sensor and setting thresholds for alarm/warning triggers. https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |
| [1a] a) an elongate flexible body, configured to attach to a computer rack; | Evoque's modular sensor assemblies comprise an elongate flexible body, configured to attach to a computer rack. For example, Evoque uses Vigilent's cooling optimization. The figure below shows Vigilent's cooling optimization system uses thermistors with an elongate flexible body configured to attach to a computer rack: |

Page 8

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | <br>https://www.vigilent.com/products-and-services/dynamic-control/<br><br>Evoque also, or alternatively, uses Liebert cooling units with Liebert sensors. Liebert modular sensors attached in a strong consist of an elongate flexible body that attaches to a computer rack frame, rail, or door. |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | **SENSOR-STRING COMPATIBLE**<br><br>You can attach the sensors in a string, and the string can be a combination of integrated and modular sensors. (Integrated sensors are one or more probes integrated on a single cable.)<br><br>A string may include up to 10 probes and be a maximum of 65.6 ft (20 m).<br><br>The number of probes that may be used with Liebert monitoring products varies. Refer to the product's user guide for details.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
|  | ![Vertiv Liebert SN Sensors diagram showing Vertiv Liebert GXT5 UPS connected via Network to Liebert SN Sensors, with Web Monitoring, Vertiv Environet Alert, and Liebert SiteScan interfaces]<br><br>https://www.vertiv.com/4a84b9/globalassets/shared/liebert-sn-sensors-monitoring-for-business-critical-continuity2.pdf |
| [1b] b) a plurality of addressable sensors, disposed along the body and interconnected to a common connector wire; and | Evoque's modular sensor assemblies comprise a plurality of addressable sensors, disposed along the body and interconnected to a common connector wire.<br><br>For example, Evoque uses Vigilent's cooling optimization. The figure below shows Vigilent uses a plurality of addressable sensors disposed along the body and interconnected to a common connector wire, which in turn connects to the wireless network device: |

Page 11

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| |  https://www.vigilent.com/products-and-services/dynamic-control/  Evoque also, or alternatively, uses Liebert cooling units with Liebert sensors. Liebert modular sensors are disposed along the body and interconnected to a common connector wire (string) and are addressable. |

## SENSOR-STRING COMPATIBLE

You can attach the sensors in a string, and the string can be a combination of integrated and modular sensors. (Integrated sensors are one or more probes integrated on a single cable.)

A string may include up to 10 probes and be a maximum of 65.6 ft (20 m).

The number of probes that may be used with Liebert monitoring products varies. Refer to the product's user guide for details.

## PREPARING FOR INSTALLATION

1. **Record the address of each sensor.**

   During configuration, the web user interface displays the addresses of all connected sensors.

   Before mounting or connecting, locate the sensor address on the sensor housing (see the picture on the following page) and record it.



Sensor Address

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |
| [1c] c) a connector wire lead, configured to interconnect the connector wire to a central system configured to receive and interpret data from the plurality of sensors relating to conditions associated with the computer rack. | Evoque's modular sensor assemblies comprise a connector wire lead, configured to interconnect the connector wire to a central system configured to receive and interpret data from the plurality of sensors relating to conditions associated with the computer rack.<br><br>For example, Evoque uses Vigilent's cooling optimization. The figure below shows Vigilent's wireless network gateway is hardwired to the AI Engine and Web-Based System access via a network switch. The network gateway receives data from all inlet temperature sensors, return temperature and the discharge air temperature of the CRAC. |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | <br><br>https://www.vigilent.com/products-and-services/dynamic-control/<br><br>Evoque also, or alternatively, uses Liebert cooling units with Liebert sensors. Liebert modular sensors string at each computer rack is interconnected to a central system (network) to receive and interpret the sensors from multiple computer racks. The networked sensor system is configured with thresholds for alarm and warning triggers. |

| Claim 1 | Exemplary Evidence of Infringement by Evoque |
|---|---|
| | <br>https://www.vertiv.com/4a84b9/globalassets/shared/liebert-sn-sensors-monitoring-for-business-critical-continuity2.pdf<br><br>**CONFIGURE THE SENSOR**<br><br>Using the sensor address recorded before installation, use the web user interface of your Liebert product to acknowledge the senor connection and configure parameters including labeling the sensor and setting thresholds for alarm/warning triggers.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf |