Exhibit 12

**U.S. Patent No. 9,310,855 – Infringement Claim Chart**

| Claim 8 | Identification |
|---|---|
| [8pre] A flexible data center including T rows of server racks, comprising: | Evoque uses flexible datacenters including T-rows of server racks comprising the elements below.<br><br>For example, Evoque-Cyxtera datacenters include formerly CenturyLink datacenters, as described below. |

| Claim 8 | Identification |
|---|---|
| |  |

| Claim 8 | Identification |
|---|---|
|  | https://news.lumen.com/CenturyLink-completes-sale-of-data-centers-and-colocation-business-to-consortium-led-by-BC-Partners-and-Medina-Capital  https://www.cyxtera.com/about-us/press-releases/evoque-data-center-solutions-closes-acquisition-of-cyxtera |

| Claim 8 | Identification |
|---|---|
|  | **CYXTERA DALLAS DFW1**<br>14901 FAA Blvd<br><br>Total Building Size: [redacted] SqFt | Gross Colocation Size: [redacted] SqFt<br><br>Overview   Map   Photos   News   Files<br><br>Operated by: Cyxtera<br><br>Centrally located in the Dallas-Fort Worth area, the campus has single-story purpose-built data centers and a two-story attached administrative building on a fiber-linked campus. The data center campus is located just 6 miles from Dallas/Ft. Worth International Airport (DFW) and 14 miles from Dallas Love Field Airport.<br><br>**Previously was operated by CenturyLink**<br>Cyxtera's DFW1 site in Dallas was acquired via a $2.8 billion transaction to acquire 57 datacenters from CenturyLink. The transaction which closed in May 2017 created Cyxtera Technologies.<br><br>Metro: Dallas<br>State: Texas<br>Region: South Central US<br>Country: United States<br>Region: North America<br>Region: Americas<br>Region: World<br>Short Code: Previously was Cyxtera DL1 and DL2<br>PUE: 1.65<br>Utility Provider: TXU Energy<br><br>**Quick Facts:**<br>- 2 Story Building<br>- Raised Floor: 36"<br>- Utility Provider: TXU<br><br>**Network Providers:**<br>CenturyLink<br>AT&T<br>Time Warner Telecom<br>VZB (MCI)<br>XO<br><br>https://baxtel.com/data-center/cyxtera-dallas-dfw1 |
| [8a] a number B of blocks on a site, each block including: | The datacenter includes a number B of blocks on a site each block including the below. |

Page 4

| Claim 8 | Identification |
|---|---|
| |  https://www.youtube.com/watch?v=J41U_kILA00 |

| Claim 8 | Identification |
|---|---|
| | |
| [8b] one to a number P of perimeter structures, wherein each perimeter structure houses up to a number R of rows of server racks; and | Each block includes one to a number P of perimeter structures, wherein each perimeter structure houses up to a number R of rows of server racks.<br><br>https://www.youtube.com/watch?v=J41U_kILA00 |
| [8c] a connecting structure connected to the number P of perimeter structures, | Each block includes a connecting structure connected to the number P of perimeter structures, wherein the connecting structure houses operations monitoring equipment for the server racks, |

| Claim 8 | Identification |
|---|---|
| wherein the connecting structure houses operations monitoring equipment for the server racks, and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure; | and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure.<br><br>For example, connecting structure (for PDU and cooling units) with associated monitoring equipment (e.g., as provided by Schneider Electric) is shown connected to the number P of perimeter structures.<br><br>[Image of 3D data center model showing server racks and PDU, video timestamp 1:41 / 4:37] |

| Claim 8 | Identification |
|---|---|
| |  https://www.youtube.com/watch?v=J41U_kILA00<br><br>One to the number P of the perimeter structures retains functionality independent of the connecting structure. |

Page 8

| Claim 8 | Identification |
|---|---|
| | **CHOOSING A DCIM STRATEGY**<br><br>Written by Adam Whited<br><br>*Actual Screenshots of Schneider Electric's StruxureWare for Data Centers*<br><br>Evoque has already deployed next-generation DCIM software by partnering with Schneider Electric, a world-class DCIM provider and leader in the industry. The next-generation DCIM has improved by moving to cloud-based deployments, having easier access of management, built-in disaster recovery mechanisms, and enhanced intelligence. It also offers machine learning and real-time analytics, while collecting data and pooling it with data from other organizations in an anonymized manner for benchmarking. Data points can scale rapidly to hundreds of thousands of endpoints.<br><br>https://www.evoquedcs.com/blog/choosing-a-dcim-strategy |

| Claim 8 | Identification |
|---|---|
| | Life Is On \| Schneider Electric<br><br>Search products, documents & more<br><br>**Features**<br><br>APC Metered Rack Power Distribution Units (PDUs) provide active metering to enable energy optimization and circuit protection. User-defined alarm thresholds mitigate risk with real-time local and remote alerts to warn of potential circuit overloads. Metered Rack PDUs provide power utilization data to allow Data Center Managers to make informed decisions on load balancing and right sizing IT environments to lower total cost of ownership. Users can access and configure Metered Rack PDUs through secure Web, SNMP, or Telnet Interfaces which are complimented by APC Centralized Management platforms using StruxureWare Data Center Expert, Operations, Capacity, and Energy Efficiency. New AP8000 series Metered Rack PDUs include real power monitoring, a temperature/humidity sensor port, locking IEC receptacles, and ultra low profile circuit breakers.<br>https://www.se.com/us/en/product-range/61795-netshelter-metered-rack-pdus/#overview |
| [8d] a total integer number T/R of perimeter structures comprising the number P of perimeter structures, wherein: | As shown, there are R rows of server racks where T/R comprises the P perimeter structures. |

Page 10

| Claim 8 | Identification |
|---|---|
| | <br>https://www.youtube.com/watch?v=J41U_kILA00 |
| [8e] at most one perimeter structure houses less than R rows of server racks; | At most one perimeter structure houses less than R rows of server racks. For example, as shown, only one perimeter structure houses less than R rows of server racks. |

Page 11

| Claim 8 | Identification |
|---|---|
| | https://www.youtube.com/watch?v=J41U_kILA00 |
| [8f] B is equal to an integer number (T/R)/P; and | B is equal to an integer number (T/R)/P. |

| Claim 8 | Identification |
|---|---|
| | <br>https://www.youtube.com/watch?v=J41U_kILA00 |
| [8g] at most one block includes less than P perimeter structures; | On information and belief, at most one block includes less than P perimeter structures. |

| Claim 8 | Identification |
|---|---|
| | <br>https://www.youtube.com/watch?v=J41U_kILA00 |
| [8h] a number of cooling units connected to an exterior of a respective perimeter structure, wherein a type of the number of cooling units is particular to a climate of the site; and | Cooling units are connected to an exterior of a respective perimeter structure. |

| Claim 8 | Identification |
|---|---|
| | <br>https://www.youtube.com/watch?v=J41U_kILA00<br><br>On information and belief, the type and number of cooling units is particular to a climate of the site. |

Page 15

| Claim 8 | Identification |
|---|---|
| | At Cyxtera, we consider not only how we affect the environment and contribute to climate change, but also how climate change impacts our business activities. As a data center provider that prides itself on reliability, mitigating physical and operational risk is essential in protecting Cyxtera's reputation.<br><br>We work with expert risk engineers to assess our portfolio exposure and create strategies for mitigating risks. The very nature of climate change is dynamic, and our risk engineers help us identify and address these risks as they become more prevalent. For example, in recent years there has been an increased attention toward sites which may be in flood plains as the threat of extreme weather events rises.<br><br>In addition to developing business continuity and disaster recovery plans for all data centers, we also take a more proactive approach through site planning and preparation.<br><br>Climate-related risks also present us with the opportunity to invest in innovation. We have invested in technologies such as fuel cells or combined heat power systems, which provide continuous on-site electrical power generation. These technologies offer the ability to improve the reliability of electrical power to a data center in the event of utility outage due to a weather event. These investments will only continue to solidify Cyxtera as a reliable data center provider.<br><br>https://s28.q4cdn.com/745863527/files/doc_downloads/gov_docs/2022_Cyxtera_ESG_fact_sheet.pdf |

| Claim 8 | Identification |
|---|---|
| [8i] a number of power conditioner units connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site. | A number of power conditioner units are connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site.<br><br>At Cyxtera, we consider not only how we affect the environment and contribute to climate change, but also how climate change impacts our business activities. As a data center provider that prides itself on reliability, mitigating physical and operational risk is essential in protecting Cyxtera's reputation.<br><br>We work with expert risk engineers to assess our portfolio exposure and create strategies for mitigating risks. The very nature of climate change is dynamic, and our risk engineers help us identify and address these risks as they become more prevalent. For example, in recent years there has been an increased attention toward sites which may be in flood plains as the threat of extreme weather events rises.<br><br>In addition to developing business continuity and disaster recovery plans for all data centers, we also take a more proactive approach through site planning and preparation.<br><br>Climate-related risks also present us with the opportunity to invest in innovation. We have invested in technologies such as fuel cells or combined heat power systems, which provide continuous on-site electrical power generation. These technologies offer the ability to improve the reliability of electrical power to a data center in the event of utility outage due to a weather event. These investments will only continue to solidify Cyxtera as a reliable data center provider. |

Page 17

| Claim 8 | Identification |
|---------|----------------|
|         | https://s28.q4cdn.com/745863527/files/doc_downloads/gov_docs/2022_Cyxtera_ESG_fact_sheet.pdf |