# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL ACTION NO. 2:24-cv-00142-JRG |
| | § | |
| **Dawn Acquisitions LLC (d/b/a** | § | JURY TRIAL DEMANDED |
| **Evoque Data Center Solutions)** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Valtrus Innovations, Ltd. ("Plaintiff") and Defendant Dawn Acquisitions LLC (d/b/a Evoque Data Center Solutions) ("Dawn") have resolved Plaintiff's claims for relief against Dawn.

NOW, THEREFORE, Plaintiff and Dawn, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Dawn with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Date: August 26, 2024

Respectfully submitted,

/s/ *Eric H. Findlay*
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick Colsher
Aaron Morris
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Connor S. Houghton

/s/ *Jeff M. Barron*
Mark L. Durbin (admitted pro hac vice)
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 357-1313
mark.durbin@btlaw.com

Jeff M. Barron – LEAD ATTORNEY
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-1313
jeff.barron@btlaw.com

<table>
<tr><td>

Ariane S. Mann
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310
choughton@reichmanjorgensen.com
amann@reichmanjorgensen.com

Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No. 04972020)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

Attorneys for Plaintiff
Valtrus Innovations Limited

</td><td>

Attorneys for Defendant Dawn Acquisitions, LLC

</td></tr>
</table>

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Defendant and Counsel for Plaintiff have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion. The Parties are in agreement and are seeking joint relief.

                                                                */s/ Eric H. Findlay*
                                                                Eric H. Findlay

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 26th day of August, 2024.

                                               */s/ Eric H. Findlay*
                                               Eric H. Findlay